TANNER, Respondent, v. CONGER et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Lillian M. Tanner against Benn Conger and others.

PER CURIAM. Order reversed, with $10 costs and disbursements to appellant to abide event. Motion granted, requiring the plaintiff to state which one of the alleged trustees it is claimed made the alleged false statements, and in other respects motion denied. Order amended infra.

BETTS, J., dissents, and votes for affirmance. SMITH, P. J., not sitting.

---

TANNER v. CONGER et al. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) Action by Lillian M. Tanner against Benn Conger and others. No opinion. Order (supra) amended, by striking therefrom "to abide event."

---

TAX LIEN CO. OF NEW YORK, Appellant, v. HUTTER et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by the Tax Lien Company of New York against Simon Hutter and others.

PER CURIAM. Order modified, by striking therefrom the provision that plaintiff shall have no right of action over and against the City of New York for any costs provided to be paid under said order, without prejudice, however, as to the rights of the plaintiff and the city in such other proceeding as may be hereafter taken, and, as so modified, the order is affirmed, without costs.

---

TAYLOR, Respondent, v. BANKERS' LOAN & INVESTMENT CO., Appellant. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Lillie E. Taylor against the Bankers' Loan & Investment Company. F. E. Anderson, for appellant. W. E. Kisselburgh, Jr., for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

TETZLAFF, Appellant, v. TETZLAFF, Respondent. (Supreme Court, Appellate Division, First Department. June 14, 1912.) Action by Frank Tetzlaff against Meta C. Tetzlaff. E. F. Driggs, for appellant. H. L. Rupert, for respondent. No opinion. Judgment affirmed. Order filed.

---

THEDFORD, Respondent, v. HERBERT, Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by James Thedford against Henry L. Herbert. L. E. Warren, for appellant. G. H. Fletcher, for respondent. No opinion. Judgment and order affirmed, with costs, on former appeal. 195 N. Y. 63, 87 N. E. 798, and 203 N. Y. 575, 96 N. E. 1132. Order filed. See, also, 139 App. Div. 903, 123 N. Y. Supp. 1144.

---

THOMAS, Respondent, v. EASTERN CONCRETE STEEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 5, 1912.) Action by Quincy S. Thomas against the Eastern Concrete Steel Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

THOMAS, Respondent, v. SPRINGER, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Clare F. Thomas against John H. Springer. No opinion. Motion granted, with costs. See, also, 136 App. Div. 923, 120 N. Y. Supp. 1148; 140 App. Div. 897, 125 N. Y. Supp. 1147.

---

THOMASON, Appellant, v. THOMASON, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 1, 1912.) Action by Lillian Thomason against John W. Thomason. No opinion. Interlocutory judgment affirmed, without costs.

---

THOMPSON, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) Action by William R. Thompson against Leila A. Thompson. No opinion. Order affirmed, without costs.

---

THOMSON et al., Appellants, v. McNAUGHT, Respondent. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Marshall Thomson and another, as administrators, etc., of Jennie M. Thomson, deceased, against Malcolm C. McNaught.

PER CURIAM. Order unanimously affirmed, with costs, on the authority of Purdy v. Purdy, 47 App. Div. 94, 62 N. Y. Supp. 153.

LYON, J., not sitting.

---

TICHNOR BROS., Inc., Respondent, v. BARLEY, Appellant. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) Action by Tichnor Bros., Incorporated, against Samuel M. Barley, etc. No opinion. Motion for reargument (of 134 N. Y. Supp. 129) denied, with costs.

---

TITCOMB v. BERKOVITZ et al. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) Action by George W. Titcomb, as sole surviving trustee, etc., against Bernard Berkovitz and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

TOBL v. NEMECEK et al. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Villi Tobl against Vaclav Nemecek and others. No opinion. Application denied, with $10 costs. Order signed.

---

TOBL v. NEMECEK et al. (Supreme Court, Appellate Division, First Department. June 22,

1912.) Action by Villi Tobl against Vaclav Nemecek and others. No opinion. Motion denied, with $10 costs. Order filed.

TODD v. PRATT. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Jean B. Todd against Frederick B. Pratt. No opinion. Motion denied, on the ground that the plaintiff has a right to appeal without leave. Order filed. See, also, 133 N. Y. Supp. 949.

TOMMASULO et al. v. DI LEO et al. (Supreme Court, Appellate Division, Second Department. April 24, 1912.) Action by Anthony Tommasulo and another, as executors, etc., and another, against Leonardo Di Leo and others. No opinion. Judgment affirmed, with costs.

TRACEY, Respondent, v. HEDDEN CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Action by John J. Tracey against the Hedden Construction Company. No opinion. Motion denied, with $10 costs. See, also, 134 N. Y. Supp. 114.

TRACEY, Respondent, v. OLIVER & BURR, Appellant. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Edward Tracey against Oliver & Burr. T. H. Lord, for appellant. S. B. Stiles, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

TRIEBER, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by Sarah J. Trieber, as executrix, etc., against the New York & Queens County Railway Company. No opinion. Motions denied, without costs. See, also, 134 N. Y. Supp. 267.

TYNDALL v. PINELAWN CEMETERY (two cases). (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by William D. Tyndall against the Pinelawn Cemetery. No opinion. Motions denied, with $10 costs. Orders filed. See, also, 134 N. Y. Supp. 1148.

UNIVERSAL TALKING MACH. MFG. CO., Appellant, v. LANDAY et al., Respondents. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by the Universal Talking Machine Manufacturing Company against Max Landay and another. G. Lange, Jr., for appellant. H. H. Maass, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

UNTERBERG v. ELDER. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Israel Unterberg against Robert H. Elder. No opinion. Motion granted. Order filed. See, also, 134 N. Y. Supp. 242.

In re VACHERON. (Supreme Court, Appellate Division, First Department. April 26, 1912.) In the matter of Eugene F. Vacheron. No opinion. Respondent disbarred. Settle order on notice. See, also, 134 N. Y. Supp. 1149.

VAN ALSTINE, Respondent, v. BURT, Appellant. (Supreme Court, Appellate Division, Second Department. May 24, 1912.) Action by Philip Van Alstine against Gertrude Burt. No opinion. Motion for stay until after the determination of the appeal of this action granted, without costs. See, also, 135 N. Y. Supp. 779.

VAN SLOCHEM, Respondent, v. VILLARD, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Herman Van Slochem against Harold C. Villard, appearing specially, etc., impleaded with others. A. I. Elkus, for appellant. H. L. Scheuerman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

VAN ZUILEN, Respondent, v. MANN, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Action by Clara M. Van Zuilen against Frank Mann, as Second Deputy Tenement House Commissioner of the City of New York. No opinion. Judgment affirmed, with costs.

VERMONT TRADING CO. v. BENNETT. GOLDSTEIN v. MENDELSOHN. HARDENBROOK v. QUACKENBUSH. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Actions by the Vermont Trading Company against Josephine S. Bennett, by Samuel Goldstein against Herman T. Mendelsohn, and by Frank M. Hardenbrook against Jas. L. Quackenbush. No opinions. Motions granted, unless appellant complies with terms stated in order. Order filed.

In re VERNON AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) In the matter of acquiring title by the City of New York to certain lands, etc., on the easterly side of Vernon Avenue, etc. No opinion. Order affirmed, with $10 costs and disbursements.

VICLE et al., Respondents, v. McLEAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 1, 1912.) Action by Platt B. Vicle and another against Hector McLean and another. No opinion. Interlocutory judgment affirmed, with costs.